FILED

03/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0438

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0438

_____

HAMILTON SOUTHSIDE HISTORIC
PRESERVATION ASSOCIATION,

      Petitioner and Appellant,

  v.

ZONING BOARD of ADJUSTMENT of the CITY
of HAMILTON,

      Respondent and Appellee,

  and

ROMAN CATHOLIC BISHOP of HELENA,
a religious corporation sole,

      Respondent and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jennifer B. Lint, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 22 2023